EMMA LARSON v. W. H. CURRAN.[1]

February 17, 1913.

Nos. 17,805–(204).

**No appeal from findings of trial court.**

This court has no jurisdiction where an appeal is taken from findings of fact and conclusions of law, without a motion for a new trial or the entry of judgment ordered. [Reporter].

Emma Larson appealed to the district court for Lyon county from two orders of the probate court for that county, one an order granting defendant, as administrator with the will annexed of the estate of Martin Norseth, deceased, license to sell real estate, and the other an order confirming the sale. The appeals were heard together by Olsen, J., who made findings of fact and ordered judgment overruling the orders of the probate court. From that order W. H. Curran, as administrator, appealed. Appeal dismissed.

*Charles J. Traxler,* for appellant.
*James H. Hall,* for respondent.

PER CURIAM.

This is another attempt to appeal from findings of fact and conclusions of law without making a motion for a new trial or entering the judgment ordered. This court has no jurisdiction, and the appeal is dismissed.

[1] Reported in 134 N. W. 1134.